IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA          :

        v.          :          CRIMINAL NO.  23-

DONAVON ANTHONY PARISH          :


ORDER FOR BENCH WARRANT


      AND NOW, this          day of          , 2023, on motion of

Jacqueline C. Romero, United States Attorney for the Eastern District of Pennsylvania, it is

ORDERED that a bench warrant be issued for the arrest of the defendant in the above-captioned

case.


               BY THE COURT:



               /s/ Carol S. Wells
               HONORABLE CAROL S. WELLS



               United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :

      v.                                              :                    CRIMINAL NO.   23-

DONAVON ANTHONY PARISH          :


MOTION FOR BENCH WARRANT


      AND NOW, this                 day of                   , 2023, Jacqueline C.

Romero, United States Attorney for the Eastern District of Pennsylvania, and J. Jeanette Kang,

Assistant United States Attorney move the Court for the allowance of a bench warrant in the

above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or

any other United States Marshal or officer authorized to execute same.


                     Respectfully submitted,

                     JACQUELINE C. ROMERO
                     United States Attorney


                     /s/ Jeanette Kang
                     J. JEANETTE KANG
                     Assistant United States Attorney