

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*J. Jeanette Kang*  
*Direct Dial: (215) 861-8204*  
*Facsimile: (215) 861- 8618*  
*E-mail Address:  jeanette.kang@usdoj.gov*

*615 Chestnut Street*  
*Suite 1250*  
*Philadelphia, Pennsylvania 19106-4476*  
*(215) 861-8200*

July 13, 2023

U.S. District Court Clerk's Office  
Criminal Division  
2609 United States Courthouse  
601 Market Street  
Philadelphia, PA 19106

      Re:    United States v. Donavon Parish  
                  Criminal No. 23-276

Dear Clerk:

      Please unimpound the Indictment in regard to the above-captioned case.  The Indictment was filed on June 27th, 2023.

      Very truly yours,

      JACQUELINE C. ROMERO  
      United States Attorney

      /s/ Jeanette Kang  
      J. JEANETTE KANG  
      Assistant United States Attorney